# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Docket No. 2:19-cv-00405-NT ) |
| DEBRA J. KEARNEY and EDWARD KEARNEY, | ) ) ) |
| Defendants, | ) ) |
| CITIBANK (SOUTH DAKOTA) N.A., | ) ) |
| Party-in-Interest. | ) |

## ORDER ON MOTION TO STAY
## AND MOTIONS FOR DEFAULT JUDGMENT

The Plaintiff filed a motion for default judgment on January 2, 2020. Pl.'s Mot. for Default J. as to Defs., Debra J. Kearney & Edward Kearney, Party-in-Interest, Citibank S.D. N.A. (ECF No. 12). On October 16, 2020, due to the ongoing COVID-19 pandemic, the Plaintiff filed a motion to stay this case until January 4, 2021 (ECF No. 25), which I granted. Order (ECF No. 26). The Plaintiff also moved for judgment to enter following the stay. Mot. to Stay until Jan. 4, 2021 & for J. to Enter (ECF No. 25). On December 31, 2020, the Plaintiff filed a motion to continue the stay until January 31, 2021, (ECF No. 27), which I granted. Order (ECF No. 28). The Plaintiff again moved for judgment to enter following the stay. Mot. to Stay until Jan. 4, 2021 & for J. to Enter (ECF No. 27). Because I granted the Plaintiff's motions for a stay, I have not yet ruled on the pending motions for default judgment. Now before the Court

is the Plaintiff's motion to extend the stay from January 31, 2021, through March 31, 2021. Mot. to Extend Stay through Mar. 31, 2021 (ECF No. 29). The Court **GRANTS** the Plaintiff's motion to extend the stay of this case through March 31, 2021.

In addition, given the COVID-19 pandemic and in the interests of justice, the Court **DENIES** without prejudice the Plaintiff's pending motions for default judgment (ECF Nos. 12, 25, and 27). The Plaintiff is free to refile its motion for default judgment upon expiration of the stay in this case.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 29th day of January, 2021.

2